James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Nadia M. Bishop (State Bar No. 182995)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
cdavies@reedsmith.com
nbishop@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  510.763.2000
Facsimile:  510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BANKS,<br><br>        Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>        Defendants. | No. C 06-01172 SI<br><br>Before the Honorable Susan Illston<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT ELI LILLY AND COMPANY, A CORPORATION, WITHOUT PREJUDICE**<br><br>Complaint Filed:  February 17, 2006 |

    Plaintiff Patricia Banks and Defendant Eli Lilly and Company, a corporation ("Lilly"), through their respective counsel of record, HEREBY AGREE AND STIPULATE that Lilly will be dismissed from this case, *without prejudice*, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party is responsible for their own costs and fees.

**SO STIPULATED**

DATED: July 24, 2006.

                                    LEVIN, SIMES, KAISER & GORNICK LLP

                                    By _____
                                    Lawrence J. Gornick
                                    Emily Charley
                                    Attorneys for Plaintiff Patricia Banks

DATED: July 24, 2006.

                                    REED SMITH LLP

                                    By _____
                                    James M. Wood
                                    Attorneys for Defendant
                                    Eli Lilly and Company, a corporation

**SO ORDERED**

DATED: ___7/26/06___, 2006.

                                    _____
                                    The Honorable Susan Illston

Stipulation And [Proposed] Order Dismissing Defendant Eli Lilly And Company, A Corporation, Without Prejudice